MICHAEL DIGELORMO, as Administrator, etc., of GELARDO DIGELARMO, v. BENJAMIN J. WEIL and Another, Impleaded, etc.— Motion for leave to appeal

* Revd., 259 N. Y. 338.

to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

MICHAEL DIGELORMO, as Administrator, etc., of GELARDO DIGELORMO, Deceased, v. BENJAMIN J. WEIL and Another, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.